**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         2:12cr57-MHT
                            )             (WO)
NAKESHA DONALDSON           )
```

**ORDER**

Based on the discussions in a post-release in-chambers conference held on April 11, 2017, it is ORDERED that, on or before June 12, 2017, Probation is to file a report reflecting the following:

(1) Arrangements to ensure that defendant Nakesha Donaldson has annual health exams for cervical cancer.

(2) The results of a mental-health assessment, including the need for periodic (weekly, monthly, semiannually, etc.) counseling for depression and alcohol addiction.

(3) Arrangements for defendant Donaldson to attend Alcoholics Anonymous (AA) or some other similar group meetings regularly.

DONE, this the 11th day of April, 2017.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**